IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CV-563-M

| | |
|---|---|
| CHARLES HALLINAN, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| THOMAS SCARANTINO, et al. ) | |
| ) | |
| Defendants. ) | |

At the direction of the Court, and for the continued efficient administration of justice, the above-captioned case is redesignated as a Western Division Prisoner Civil Rights case. The Richard E. Myers II, United States District Judge, will remain the presiding judge. **All future documents should reflect the new case number of 5:20-CT-3333-M.** No further filing shall be made in 5:20-CV-563-M.

SO ORDERED. This 28th day of October, 2020.

/s/ Peter A. Moore, Jr.
Clerk of Court